UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Ruby Heredia-Espinoza
Defendant(s)

CRIMINAL NO. 08mj 2417

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Angelica Reymundo-Martinez

RECEIVED
2008 AUG 19 A 11:19
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

DATED: Aug 19, 2008

ANTHONY J. BATTAGLIA

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by ____________________
Deputy Clerk

**K. HAMMERLY**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95