UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Ruby Heredia-Espinoza

Defendant(s)

CRIMINAL NO. 08mj2492

ORDER

RELEASING MATERIAL WITNESS

Booking No.

ANTHONY J. BATTAGLIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jacqueline Gonzalez-Alvarez

RECEIVED
2008 AUG 19 A 11:49
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

DATED: Aug 19, 2008

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______________

Deputy Clerk
K. HAMMERLY



✩ U.S. GPO: 2003-581-774/70082